```
 1  RICHARD J. POCKER, ESQ.
    Nevada Bar No. 003568
 2  BOIES, SCHILLER & FLEXNER LLP
    300 S. Fourth St., Suite 800
 3  Las Vegas, Nevada 89101
    (702) 382-7300
 4
    Attorneys for Defendant
 5      GMAC MORTGAGE CORPORATION
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN BISHOP, Individually and on behalf of all similarly situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>GMAC MORTGAGE, GMAC RESIDENTIAL, GMAC MORTGAGE CORPORATION DEFENDANTS ET AL., SAM LEVINE, DAVID M. APLEGATE, LIZ MONHAN, JENNIFER AYDELOTT, ROBERT WILSHER, TONY NICHOLSON, ANTHONY PRESTON, GINNIE BARONE NICHOLSON, MALLISA DAHL PRESTON, B.J. HEMPHILL, SANDRA JORKOSKY, TRISH WHITEMAN, TIM GUANCIALE, DOES I through X, ROES I through X,<br><br>    Defendants.<br>_____ | Case No. 2:05-cv-00296-RCJ-LRL |

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE REGARDING PLAINTIFF'S MOTION FOR COURT FACILITATION OF NOTICE TO POTENTIAL PLAINTIFFS**

  The Plaintiff's Objections (Docket Number 157) to the Report and Recommendations of the United States Magistrate Judge (Docket Number 144) regarding the Plaintiff's Motion for Court Facilitation of Notice to Potential Plaintiff's (Docket Number 55) having come before the Court for hearing on September 24, 2007, and the Court having considered said Objections, as well as the

1  Plaintiff's Motion, Defendant GMAC MORTGAGE CORPORATION, INC.'s
2  Response to those Objections (Docket Number 160), as well as its
3  Response to the Plaintiff's Motion, the oral arguments of the
4  Plaintiff and counsel for Defendant GMAC MORTGAGE CORPORATION,
5  INC., and the entire record herein, and the Court having made its
6  own de novo determination as to the recommendations, and for the
7  reasons set forth by the Court on the record at the hearing
8  conducted on September 24, 2007,

9       IT IS HEREBY ORDERED that the Report and Recommendation of
10 the United States Magistrate Judge are hereby accepted and adopted
11 without modification.

12      IT IS HEREBY FURTHER ORDERED that the Plaintiff's Motion for
13 Court Facilitation of Notice to Potential Plaintiffs (Docket
14 Number 55) is DENIED.

15      DATED this **26th** day of October, 2007.

_____
Robert C. Jones
United States District Judge